■ Yvette Huff, Respondent, v Anita L. Rodriguez, Formerly Known as Anita L. Rosario, et al., Appellants. (Appeal No. 2.) [844 NYS2d 923]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered April 25, 2006 in a personal injury action. The order, insofar as appealed from, granted that part of plaintiff's motion for summary judgment on the issue of proximate cause.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Smith, J.P., Peradotto, Green and Pine, JJ.

■ Yvette Huff, Respondent, v Anita L. Rodriguez, Formerly Known as Anita L. Rosario, et al., Appellants. (Appeal No. 3.) [844 NYS2d 924]—Appeal from an order of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered July 21, 2006 in a personal injury action. The order denied defendants' motion to set aside the verdicts and for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Smith, J.P., Peradotto, Green and Pine, JJ.

■ Yvette Huff, Respondent, v Anita L. Rodriguez, Formerly Known as Anita L. Rosario, et al., Appellants. (Appeal No. 4.) [844 NYS2d 924]—Appeal from a judgment of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered August 3, 2006 in a personal injury action. The judgment, upon a jury verdict in favor of plaintiff and against defendants, awarded plaintiff the sum of $7,355,306.90.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Smith, J.P., Peradotto, Green and Pine, JJ.